IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| LIEU TRAN § | |
| § | |
| v. § | A-13-CA-145 DAE |
| § | |
| PFLUGERVILLE INDEPENDENT § | |
| SCHOOL DISTRICT § | |

### SUPPLEMENT TO REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

TO:  THE HONORABLE DAVID A. EZRA
      SENIOR UNITED STATES DISTRICT JUDGE

The Court submits this Supplement to its Report and Recommendation in this case dated May 23, 2014 (Dkt. No. 32), to correct a typographical error on page 10. The last sentence of Section IV.A of the Report and Recommendation is withdrawn, and is replaced with the following sentence:

> Thus, the disparate treatment Title I ADA discrimination claim fails as a matter of law.

The Report and Recommendation remains the same in all other respects.

SIGNED this 23rd day of May, 2014.

_____
ANDREW W. AUSTIN
UNITED STATES MAGISTRATE JUDGE